**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7970

PAMELA J. ANDERSON,

Plaintiff - Appellant,

versus

PATRICIA HUFFMAN, Warden, Fluvanna
Correctional Center for Women,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-01-732-7)

Submitted:  April 24, 2002              Decided:  May 15, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Pamela J. Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pamela J. Anderson, a Virginia inmate, appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Anderson v. Huffman, No. CA-01-732-7 (W.D. Va. Nov. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2